March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

NATALYA SHVARTS ,
                Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 681 (JPC)(__)

Defendant __NATALYA SHVARTS__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___  Initial Appearance/Appointment of Counsel

_X_  Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Preliminary Hearing on Felony Complaint

___  Bail/Revocation/Detention Hearing

___  Status and/or Scheduling Conference

___  Misdemeanor Plea/Trial/Sentence

_/s/ Natalya Shvarts By [counsel]_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_NATALYA SHVARTS_
Print Defendant's Name

_/s/_
Defense Counsel's Signature

_MICHAEL SPORN_
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

12/21/20
Date

_/s/_
U.S. District Judge/U.S. Magistrate Judge