# MICHAEL H. SPORN

ATTORNEY AT LAW
299 BROADWAY
NEW YORK, NEW YORK 10007

mhsporn@gmail.com

TELEPHONE
(212) 791-1200

FACSIMILE
(212) 791-3047

January 25, 2021

Hon. John P. Cronan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Natalya Shvarts
Ind. No 20 Cr 681 (JPC)

Dear Judge Cronan:

This letter is respectfully submitted to request that Ms. Shvarts's conditions of release be modified to permit her to travel to the District of New Jersey from her residence in Staten Island. The point of this expansion is that it will allow her to accept a job offer in Newark that is unrelated to the home health care industry. Neither the government nor the Pre Trial Services Office has any objection to this application. Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Sporn

MHS/ss
Cc: Nicholas W. Chiuchiolo, Esq.
Lea M. Harmon, U.S.P.T.O.

It is hereby ORDERED that Defendant Shvart's conditions of release are modified to permit travel to the District of New Jersey.

SO ORDERED.

Date:   January 25, 2021
        New York, New York

JOHN P. CRONAN
United States District Judge