UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

Natalya Shvarts

                                    Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 __ -CR- 681( ) ( )

Defendant __Natalya Shvarts_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

____     Initial Appearance Before a Judicial Officer

____     Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____     Bail/Detention Hearing

_X_     Conference Before a Judicial Officer


_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_NATALYA SHVARTS_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

Camille M. Abate_____
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

___3/4/2021_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge