CAMILLE M. ABATE, ESQ.
ATTORNEY AT LAW

———•O•———

Of Counsel, Nicholas Goodman & Associates
333 Park Avenue South, Suite 3A, New York, NY 10010
TEL: (212) 227-9003 • FAX: (212) 937-2112
c.abate71@gmail.com

February 14, 2022

**VIA ECF**

The Honorable John Cronan
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 20C
New York, New York 10007

Re: **United States v. Natalya Shvarts**
**No. 20 Cr. 681 (JPC)**

Dear Judge Cronan:

Due to an unexpected circumstance involving a young relative who is being released this week from an inpatient psychiatric facility at Rutgers Child and Adolescent Inpatient Service in Piscataway, New Jersey, I will not be able to appear with my client, Natalya Shvarts, on February 18 at 11:00 a.m. I respectfully request her appearance be moved to 10:00 a.m. so that counsel for Alina Kuptsova, Rovshan Sharifov, with the Court's permission, can stand up for Ms. Shvarts on my behalf.

Ms. Shvarts is familiar with counsel Rovshan Sharifov, because we have met together in his office to discuss aspects of the indictment. Ms. Shvarts and I have discussed the court date during a conference in my office, and she consents to having Mr. Sharifov represent her on my behalf for the limited purpose of this appearance. I can communicate with Mr. Sharifov via text or phone during the appearance if necessary. I have discussed this situation with Mr. Sharifov and he is happy to stand up for Ms. Shvarts.

I have communicated with AUSA Nicholas Chiuchiolo about this request, and the government has no objection.

If it is inconvenient for the Court to move the appearance of Ms. Shvarts to 10:00 a.m., Mr. Sharifov is willing to appear with her at 11:00 a.m. Thank you for your consideration.

Sincerely,

Camille M. Abate
Attorney for Natalya Shvarts

cc: AUSA Nicholas Chiuchiolo and AUSA Daniel Nessim (via ECF)

---

This request is granted. Ms. Shvarts shall appear at the status conference in this case scheduled for 10:00 a.m. on February 18, 2022. Rovshan Sharifov may appear on behalf of Ms. Shvarts at that conference.

SO ORDERED.
Date: February 14, 2022
New York, New York

JOHN P. CRONAN
United States District Judge