**CAMILLE M. ABATE, ESQ.**
**ATTORNEY AT LAW**

—•O•—

Of Counsel, Nicholas Goodman & Associates
333 Park Avenue South, Suite 3A, New York, NY 10010
TEL: (212) 227-9003  •  FAX:  (212) 937-2112
c.abate71@gmail.com

July 18, 2022

Hon. John P. Cronan
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Levin*, 20 Cr. 681 (JPC)
**Request for Bail Modification for Natalya Shvarts**

Dear Judge Cronan:

Ms. Natalya Shvarts is currently at liberty on a $50,000.00 Personal Recognizance Bond, with travel limited to the Eastern and Southern Districts of New York. I write on her behalf to request that she be permitted to visit friends this coming weekend, from Friday, July 22, until Sunday, July 24, in Chalfont, PA 18914.

The exact address Ms. Shvarts will be visiting is 356 Stonyhill Drive in Chalfont, PA. This is the home of friends who have invited her for a barbecue and relaxing weekend. She will be driving to Pennsylvania on Friday morning and will return Sunday evening.

I have spoken to Pretrial Services Officer Lia Xarmen Cort, who supervises Ms. Shvarts, and she has no problem with the trip. I have also spoken to AUSA Daniel Nessim, and he has no objection to the modification to permit this travel.

Thank you for your consideration of this matter.

Sincerely,

*Camille M. Abate*

Camille M. Abate, Esq.

cc: AUSA Daniel Nessim (via ECF)

---

This request is granted. Ms. Shvarts may travel to Chalfont, Pennsylvania from July 22, 2022 until July 24, 2022.  Before leaving, Ms. Shvarts must provide travel itinerary to Pretrial Services.  The Clerk of the Court is respectfully directed to close the motion pending at Docket Number 246.

SO ORDERED.
Date: July 19, 2022
New York, New York

*JOHN P. CRONAN*
United States District Judge