CAMILLE M. ABATE, ESQ.
ATTORNEY AT LAW

Of Counsel, Nicholas Goodman & Associates
333 Park Avenue South, Suite 3A, New York, NY 10010
TEL: (212) 227-9003 • FAX: (212) 937-2112
c.abate71@gmail.com

February 2, 2023

**VIA ECF**

The Honorable John Cronan
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 20C
New York, New York 10007

**Re: Request for Postponement of Sentence**
*United States v. Natalya Shvarts*, 20 Cr. 681 (JPC)

Dear Judge Cronan:

    I write to request that sentencing in the case of Natalya Shvarts, currently scheduled for February 21, 2023 at 2:00 p.m., be postponed until the week of March 27, 2023 (any date that week except Friday, March 31), or any date thereafter that is convenient to the Court.

    The reason for this request is that I and my family moved from our longtime residence to a new residence in December, and the accompanying disruption and reorganization has taken me away from my work for a significant period of time. The presentence interview for Ms. Shvarts was put off till mid-January, and I have not yet begun to prepare for a sentencing submission by obtaining letters and documents favorable to Ms. Shvarts. The additional time is necessary to give Ms. Shvarts the attention she deserves.

    I have communicated with AUSA Nicholas Chiuchiolo about this request, and the government has no objection.

Sincerely,

*Camille M. Abate*

Camille M. Abate
Attorney for Natalya Shvarts

The request is granted. The sentencing currently scheduled for February 21, 2023 is adjourned until April 10, 2023 at 3:00 p.m. in Courtroom 12D of 500 Pearl Street, New York, New York 10007. Defendant shall file her sentencing submission by March 27, 2023. The Government shall file its sentencing submission by April 3, 2023.

The Clerk of Court is respectfully directed to close the motion pending at Docket Number 365.

SO ORDERED.
Date: February 2, 2023
New York, New York

JOHN P. CRONAN
United States District Judge

cc: AUSA Nicholas Chiuchiolo and AUSA Daniel Nessim (via ECF)