CAMILLE M. ABATE, ESQ.
ATTORNEY AT LAW

━━●○●━━

Of Counsel, Nicholas Goodman & Associates
333 Park Avenue South, Suite 3A, New York, NY 10010
TEL: (212) 227-9003 • FAX: (212) 937-2112
c.abate71@gmail.com

March 27, 2023

> The request is granted. Defendant's sentencing scheduled for April 10, 2023 is adjourned until April 27, 2023 at 2:00 p.m. in Courtroom 12D of 500 Pearl Street, New York, NY 10007. Defendant shall file her sentencing submission by April 13, 2023. The Government shall file its sentencing submission by April 20, 2023. The Clerk of Court is respectfully directed to close the motion pending at Docket Number 400.
>
> SO ORDERED.
> Date: March 28, 2023
> New York, New York
>
> *[signature]*
> JOHN P. CRONAN
> United States District Judge

**VIA ECF**

The Honorable John Cronan
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 20C
New York, New York 10007

**Re: Request for Postponement of Sentence**
*United States v. Natalya Shvarts*, 20 Cr. 681 (JPC)

Dear Judge Cronan:

    I write to request that sentencing in the case of Natalya Shvarts, currently scheduled for April 10, 2023 at 3:00 p.m., be postponed until the week of April 24, 2023 (any date that week except Monday), or any date thereafter that is convenient to the Court.

    The reason for this request is that Ms. Shvarts is attempting to obtain letters from her family in Russia, and she is experiencing connection difficulties with her relatives both via email/text and phone. Apparently, several telecommunication companies have left the country as a result of sanctions and this has affected repair and upkeep.[1] She has been awaiting both email and regular mail from Russia for several weeks. It is hoped that an additional two weeks will be sufficient to obtain the requested letters of support.

    I have communicated with AUSA Nicholas Chiuchiolo about this request, and the government has no objection.

                                                                 Sincerely,

                                                                 *Camille M. Abate*

                                                                  Camille M. Abate
                                                                  Attorney for Natalya Shvarts

cc: AUSA Nicholas Chiuchiolo and AUSA Daniel Nessim (via ECF)

---

[1] *See*, e.g., https://bnn-news.com/russia-to-expect-difficulties-in-mobile-communication-241217.