UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                       :

UNITED STATES OF AMERICA,          :

                                        :

        -v-                              :

                                        :       S1 20 Cr. 681 (JPC)

NATALYA SHVARTS,              :

                                        :           ORDER

                       Defendant.     :

                                        :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Clerk of Court is respectfully directed to strike the documents filed at Docket Number

413.

      SO ORDERED.

Dated: April 17, 2023
      New York, New York                                      JOHN P. CRONAN
                                                      United States District Judge