

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 24, 2023

**BY ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *United States v. Natalya Shvarts*, S1 20 Cr. 681 (JPC)

Dear Judge Cronan:

  The Government respectfully writes, with the consent of defense counsel, to request an adjournment of the *Fatico* hearing relating to Natalya Shvarts, which is currently scheduled for September 6, 2023. As the Court is aware, trial against other defendants in Shvarts's case is currently scheduled to begin on October 2, 2023. The Government anticipates that the trial evidence will involve the testimony of some of the same cooperating and other witnesses on several of the same topics as is anticipated at Shvarts's *Fatico* hearing. As a result, adjourning the *Fatico* hearing until after the October trial will allow for a more efficient presentation of the issues relating to Shvarts. Due to the parties' availability, the parties respectfully request that the *Fatico* hearing be adjourned to the week of October 23, 2023, if amenable to the Court.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s/
Nicholas W. Chiuchiolo
Daniel G. Nessim
Assistant United States Attorneys
(212) 637-1247/ -2486

The request is granted as modified: The hearing is adjourned until November 7, 2023, at 10:00 a.m. The Clerk of Court is respectfully directed to close Docket Number 454.

SO ORDERED.
Date: August 28, 2023
New York, New York

JOHN P. CRONAN
United States District Judge

cc:  all counsel of record (by ECF)