```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
UNITED STATES OF AMERICA,                                        :
                                                                 :
        -v-                                                      :
                                                                 :        20 Cr. 681 (JPC)
NATALYA SHVARTS,                                                 :
                                                                 :             ORDER
                        Defendant.                               :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

In light of Jenya Kremen and Irina Pastina's changes of plea, and with the parties' consent, the *Fatico* hearing for Natalya Shvarts is rescheduled to October 5, 2023, at 10:00 a.m. in Courtroom 12D of 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: September 7, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge