CAMILLE M. ABATE, ESQ.
ATTORNEY AT LAW

━━━●•○•●━━━

Of Counsel, Nicholas Goodman & Associates
333 Park Avenue South, Suite 3A, New York, NY 10010
TEL: (212) 227-9003 • FAX: (212) 937-2112
c.abate71@gmail.com

December 11, 2023

**VIA ECF**

The Honorable John Cronan
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 20C
New York, New York 10007

        **Re: Request for One Day Extension of Sentence Submission Date**
            *United States v. Natalya Shvarts*, 20 Cr. 681 (JPC)

Dear Judge Cronan:

    I write to request that the sentencing submissions due today be postponed until tomorrow, December 12, 2023. The reply deadline of December 18 would remain in place, as would the sentencing date of January 5, 2024.

    The reason for this request is that I have had several submissions in other cases, both state and federal, due this past week, and it has put me a bit behind. An extra day would give me the time to properly complete my submission on Ms. Shvarts' behalf. I consent to the extension of time for the government as well. With the Court's consent, both would be due tomorrow.

    I have communicated with AUSA Dan Nessim about this request, and the government has no objection.

Sincerely,

*Camille M. Abate*

Camille M. Abate
Attorney for Natalya Shvarts

cc: AUSA Nicholas Chiuchiolo and AUSA Daniel Nessim (via ECF)

---

The request is granted. The parties' deadline for sentencing submissions is adjourned to December 12, 2023.

SO ORDERED.
Date: December 11, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge